AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

MASSACHUSETTS
DISTRICT OF _____

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al.

V.

SANAHART INTERNATIONAL SALES CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10157 RCL

*[Stamp: FILED IN CLERK'S OFFICE 2004 JUN 23 P 2:23 DISTRICT COURT DISTRICT OF MASS.]*

TO: (Name and Address of Defendant)

Sanahart International Sales Corp.
220 Reservoir Street, Ste. 26
Needham, MA 02493

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

_____
BY DEPUTY CLERK

JAN 27 2004

DATE



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 22, 2004

I hereby certify and return that on 6/16/2004 at 12:30 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Peter Trahanas, President, , person in charge at the time of service for Sanahart International Sales Corp., at , 220 Reservoir Street, Ste. 26 Needham, MA 02494.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $48.18

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date                                Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.