UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-10157-RCL |
| SANAHART INTERNATIONAL SALES CORP., | ) ) |
| Defendant. | ) ) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Sanahart International Sales Corp., 220 Reservoir Street, Ste. 26, Needham, MA 02394 in the above-captioned action. Defendant Sanahart International Sales Corp. was served with the complaint on June 16, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: September 14, 2004                Respectfully submitted,

                                         Christopher N. Souris
                                         BBO #556343
                                         KRAKOW & SOURIS, LLC
                                         225 Friend Street
                                         Boston, MA 02114
                                         (617) 723-8440
                                         /s/ Christopher N. Souris
                                         Attorney for plaintiff Massachusetts
                                         Carpenters Central Collection Agency