UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MASS. CARPENTERS CENTRAL
COLLECTION AGENCY**

V.                                              CIVIL ACTION NO. 04-10157-RCL

**SANAHART INTERNATIONAL SALES CORP.**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **Massachusetts Carpenters Central Collection Agency**, for order of Default for failure of the defendant, **Sanahart International Sales Corp.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 16th day of September, 2004.

                                        TONY ANASTAS, CLERK

                                        By:/s/ Lisa M. Hourihan
September 16, 2004                              Deputy Clerk