UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION |
| v. | ) NO. 04-10157-RCL ) |
| SANAHART INTERNATIONAL SALES CORP., | ) ) |
| Defendant. | ) ) |

MOTION TO EXTEND TIME TO FILE MOTION FOR
DEFAULT JUDGMENT

The Court issued a Notice of Default against defendant on September 16, 2004 in this action under ERISA for delinquent fringe benefit contributions. Plaintiffs have been assembling the data necessary to calculate the amount of damages, but require no more than an additional two weeks to prepare their affidavit of damages and submit their motion for entry of a default judgment.

WHEREFORE, plaintiffs respectfully request that their motion to extend their time to file a motion for a default judgment until October 29, 2004 be granted.

Dated: October 15, 2004                Respectfully submitted,

                         Christopher N. Souris
                         BBO #556343
                         KRAKOW & SOURIS, LLC
                         225 Friend Street
                         Boston, MA 02114

(617) 723-8440

/s/ Christopher N. Souris
Attorney for plaintiff Massachusetts
Carpenters Central Collection Agency