UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al., )
    Plaintiffs, )
) CIVIL ACTION
) NO. 04-10157-RCL
v. )
)
SANAHART INTERNATIONAL SALES CORP., )
    Defendant. )
_____)

### JUDGMENT

LINDSAY, D.J.

    Defendant Sanahart International Sales Corp. having failed to plead or otherwise defend in this action and default having been entered on September 16, 2004.

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $15,100 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $198.18, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

    1. That plaintiffs recover from defendant Sanahart International Sales Corp. the sum of $15,298.18 with interest as provided by law.

By the Court,

*Don Stanhope*
Deputy Clerk

Dated: 11/19/04